MITCHELL et al. v. YOW.

PER CURIAM. Neither plaintiff in error nor counsel having signed the purported bill of exceptions until after it was certified by the trial judge, this court is without jurisdiction to consider the paper thus brought before it; and on motion the same is dismissed. Civil Code (1910), § 6139; *Johnson* v. *Stevens,* ante, 521 (94 S. E. 1011).

*Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*
No. 99. JANUARY 18, 1918.

Writ of error; from Stephens superior court.

*Dorough & Adams* and *Claude Bond,* for plaintiffs in error.

*Fermor Barrett,* contra.